UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**     'O'

| Case No. | 2:15-cv-07381-CAS(MRWx) | Date | November 19, 2015 |
|---|---|---|---|
| Title | DEUTSCHE TELEKOM AG V. NETWORK ENHANCED TECHNOLOGIES, INC. ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     (IN CHAMBERS): PETITION TO CONFIRM ARBITRATION AWARD (Dkt. 1, filed September 21, 2015)

On September 21, 2015, pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 1, *et seq.* (the "FAA"), Deutsche Telekom AG ("Deutsche Telekom") petitioned the Court to confirm the Final Award entered by the International Chamber of Commerce ("ICC") Court of Arbitration on June 2, 2015, in the arbitration captioned *Deutsche Telekom AG v. Network Enhanced Technologies, Inc.*, ICC Case No. 20179/GFG (filed April 22, 2014) (the "ICC Arbitration"). On September 25, 2015, the Court issued an order setting a hearing on the Petition for November 23, 2015, with any opposition from respondent Network Enhanced Technologies, Inc. ("NET") due October 26, 2015. Dkt. Also on September 25, 2015, the Petition and Summons were served upon NET's registered agent for service of process. See Dkt. 12 (Oct. 30, 2015 Application for Default), Ex. A.

Respondent NET failed to file any opposition to the Petition. On October 30, 2015, Deutsche Telekom filed an application for entry of default, dkt. 12, and on November 4, 2015, default was entered by the Clerk of the Court, dkt. 13. On November 10, 2015, after default had already been entered, respondent NET filed an opposition to petitioner's application for entry of default. Dkt. 14. In an opposition and supporting declaration, NET stated that it did not receive the Petition or related filings because its registered agent for service of process sent the documents "to NET's postal rental location." Dkt. 14 at 3; Declaration of Avi Yroshalmiane Decl., ¶ 11. NET also stated that if given the opportunity to file an opposition to the Petition, NET "would present arguments as to why the arbitration award should not be confirmed by this Court." Dkt. 14, at 4.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**  **'O'**

| Case No. | 2:15-cv-07381-CAS(MRWx) | Date | November 19, 2015 |
|---|---|---|---|
| Title | DEUTSCHE TELEKOM AG V. NETWORK ENHANCED TECHNOLOGIES, INC. ET AL. | | |

On November 13, 2015, petitioner Deutsche Telekom filed a response to NET's untimely opposition to petitioner's application for entry of default. Dkt. 16. In its response, Deutsche Telekom notes, among other things, (1) that NET has failed to file a motion to set aside the clerk's entry of default, pursuant to Federal Rule of Civil Procedure 55(c); (2) that NET has failed thus far to articulate any cognizable opposition to granting the Petition, and, perhaps most importantly, (3) that NET has failed timely to file any motion to vacate, modify, or correct the June 2, 2015 arbitration award, which should have been filed within 3 months of the arbitration award's initial filing or delivery. See 9 U.S.C. § 12 ("Notice of a motion to vacate, modify, or correct an award must be served upon the adverse party or his attorney within three months after the award is filed or delivered.").

In light of Deutsche Telekom's proper service of process to NET's registered service agent, NET's failure to object to the June 2, 2015 arbitration award within the time period proscribed by the FAA, and the November 4, 2015 entry of default by the Clerk of the Court, the Court denies respondent's request for an additional 20 days to file an opposition to the Petition, and finds it appropriate to confirm the arbitration award.

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | CMJ | |