1  THE COOK LAW FIRM, P.C.
   Philip E. Cook (State Bar No. 149067)
2      pcook@cooklawfirm.la
   Christopher E. Stiner (State Bar No. 276033)
3      cstiner@cooklawfirm.la
   707 Wilshire Boulevard, Suite 3600
4  Los Angeles, CA 90017
   Telephone: (213) 988-6100
5  Facsimile: (213) 988-6099

6  Attorneys for Petitioner
   DEUTSCHE TELEKOM AG

7

8

9

10                  UNITED STATES DISTRICT COURT

11                 CENTRAL DISTRICT OF CALIFORNIA

12                        WESTERN DIVISION

13

14 | DEUTSCHE TELEKOM AG, a German | Case No. 2:15-cv-07381-CAS (MRWx)
   | corporation,
15 |                                 | **[PROPOSED] JUDGMENT**
   |        Petitioner,
16 |
   |   vs.
17 |
   | NETWORK ENHANCED
18 | TECHNOLOGIES, INC., a California
   | corporation; and DOES 1 through 25,
19 | inclusive,
   |
20 |        Respondents.

21

22

23     By Order dated November 19, 2015 (Document 19), the Court granted the

24 request of Petitioner DEUTSCHE TELEKOM AG to confirm the June 2, 2015

25 Final Award issued in the ICC Arbitration.

26 / / /

27 / / /

28 / / /

Pursuant to and in accordance with the terms of that Order, judgment is hereby entered in favor of Petitioner DEUTSCHE TELEKOM AG and against Respondent NETWORK ENHANCED TECHNOLOGIES, INC. in the following amounts:

1. The amount in dispute of $449,143.59;
2. Interest accrued through September 15, 2015 of $142,375.81;
3. Interest at a daily rate of $147.66 from September 15, 2015 through the date of entry of judgment (*i.e.*, $11,222.16 through December 1, 2015);
4. The costs of arbitration assessed by the ICC of $60.000.00; and
5. Indemnity for legal and other costs assessed of $67,993.12, for a total of $730,735.04 as of December 1, 2015.

Date: December 10, 2015

*Christina A. Snyder*
_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE